UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| HSBC BANK USA NATIONAL ASSOCIATION, | ) | Case No. 2:16-cv-01216-KJD-NJK |
| Plaintiff(s), | ) ) | ORDER |
| vs. | ) ) | (Docket No. 24) |
| SUZANNAH R. NOONAN IRA, LLC, et al., | ) ) | |
| Defendant(s). | ) ) | |

Pending before the Court is a proposed discovery plan in which the parties jointly seek a stay in light of, *inter alia*, the Ninth Circuit's decision in *Bourne Valley Court Trust v. Wells Fargo Bank, N.A.*, __ F.3d ___, 2016 WL 4254983 (9th Cir. Aug. 12, 2016). Docket No. 24 at 2. The Court agrees that this case should be stayed until the Ninth Circuit issues the mandate in *Bourne Valley*. *See, e.g., Deutsche Bank Nat'l Trust Co. v. SFR Investments Pool 1, LLC*, 2016 WL 4419285 (D. Nev. Aug. 18, 2016) (staying case pending *Bourne Valley* mandate). Within 14 days of the issuance of that mandate, the parties shall file a joint status report.

IT IS SO ORDERED.

DATED: October 19, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge