WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Victoria L. Hightower, Esq.
Nevada Bar No. 10897
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7978; Fax: (702) 946-1345
vhightower@wrightlegal.net
*Attorneys for Plaintiff, HSBC Bank USA National Association, as Trustee, in Trust for the Registered Holders of ACE Securities Corp., Home Equity Loan Trust, Series 2006-FM2, Asset Backed Pass-Through Certificates*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF THE ACE SECURITIES CORP., HOME EQUITY LOAN TRUST SERIES 2006-FM2, ASSET BACKED PASS-THROUGH CERTIFICATES<br><br>Plaintiff,<br>vs.<br><br>SUZANNAH R. NOONAN IRA, LLC; SUNRISE BAY OWNER'S ASSOCIATION; NEVADA ASSOCIATION SERVICES INC.<br><br>Defendants. | Case No: 2:16-cv-01216-KJD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR OPPOSITION TO SUZANNAH R. NOONAN RIA,LLC'S MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

Plaintiff, HSBC Bank USA National Association, as Trustee, in Trust for the Registered Holders of ACE Securities Corp., Home Equity Loan Trust, Series 2006-FM2, Asset Backed Pass-Through Certificates (hereinafter "HSBC" or "Plaintiff"), by and through its attorneys of record, Edgar C. Smith, Esq., and Victoria L. Hightower, Esq., of the law firm of Wright Finlay & Zak LLP; Defendant, and Defendant, Suzannah R. Noonan IRA, LLC (herein after "IRA"), by and through its attorney of record, Michael N. Beede, Esq., of the Law Office of Mike Beede, PLLC and hereby stipulate and agree as follows:

## STIPULATION

1. IRA filed its Motion to Dismiss ("Motion") on October 12, 2017 [EFC No. 33] with a response deadline of October 26, 2017.
2. U.S. Bank requests additional time to file a response to the Motion and the Defendant does not object to the request.
3. The request is in light of Ms. Hightower's firm experiencing computer issues.
4. Therefore, the parties agree that U.S. Bank's response to the Motion is now due on or before November 3, 2017.
5. The Defendant's Reply Brief is now due on or before November 15, 2017.

DATED this 1st day of November, 2017.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Victoria L. Hightower*
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Victoria L. Hightower, Esq.
Nevada Bar No. 10897
*Attorneys for Plaintiff, HSBC Bank USA National Association, as Trustee, in Trust for the Registered Holders of ACE Securities Corp., Home Equity Loan Trust, Series 2006-FM2, Asset Backed Pass-Through Certificates*

DATED this 1st day of November, 2017.

THE LAW OFFICE OF MIKE BEEDE, PLLC

*/s/ Michael N. Beede*
Michael N. Beede, Esq.
Nevada Bar No. 13068
2470 St. Rose Pkwy., Ste. 201
Henderson, NV 89074
Attorneys for Suzannah R. Noonan IRA, LLC

CASE NO: 2:16-CV-01216-KJD-NJK

**ORDER**

IT IS SO ORDERED.

Dated this 20th day of November, 2017.

nunc pro tunc

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted by:

WRIGHT, FINLAY & ZAK, LLP

*/s/ Victoria L. Hightower* _____
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Victoria L. Hightower, Esq.
Nevada Bar No. 10897
*Attorneys for Plaintiff, HSBC Bank USA National Association, as Trustee, in Trust for the Registered Holders of ACE Securities Corp., Home Equity Loan Trust, Series 2006-FM2, Asset Backed Pass-Through Certificates*