# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA NATIONAL ASSOCIATION, | Case No. 2:16-cv-01216-KJD-NJK |
| Plaintiff(s), | ORDER |
| v. | |
| SUZANNAH R. NOONAN IRA, LLC, | |
| Defendant(s). | |

Pending before the Court is a stipulation to reopen discovery and revive expert deadlines. Docket No. 39. The Court hereby **SETS** a hearing on that stipulation for 11:15 a.m. on December 20, 2017, in Courtroom 3C. Counsel shall be prepared to explain why there is good cause and excusable neglect for the relief sought. *See* Local Rule 26-4.

IT IS SO ORDERED.

DATED: December 19, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge