WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Victoria L. Hightower, Esq.
Nevada Bar No. 10897
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7978; Fax: (702) 946-1345
vhightower@wrightlegal.net
*Attorneys for Plaintiff, HSBC Bank USA National Association, as Trustee, in Trust for the Registered Holders of ACE Securities Corp., Home Equity Loan Trust, Series 2006-FM2, Asset Backed Pass-Through Certificates*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF THE ACE SECURITIES CORP., HOME EQUITY LOAN TRUST SERIES 2006-FM2, ASSET BACKED PASS-THROUGH CERTIFICATES<br><br>Plaintiff,<br>vs.<br><br>SUZANNAH R. NOONAN IRA, LLC; SUNRISE BAY OWNER'S ASSOCIATION; NEVADA ASSOCIATION SERVICES INC.<br><br>Defendants. | Case No: 2:16-cv-01216-KJD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY**<br><br>**[FIRST REQUEST]** |

Plaintiff, HSBC Bank USA National Association, as Trustee, in Trust for the Registered Holders of ACE Securities Corp., Home Equity Loan Trust, Series 2006-FM2, Asset Backed Pass-Through Certificates (hereinafter "HSBC" or "Plaintiff"), by and through its attorneys of record, Edgar C. Smith, Esq., and Victoria L. Hightower, Esq., of the law firm of Wright Finlay & Zak LLP; Defendant, Suzannah R. Noonan IRA, LLC (herein after "IRA"), by and through its attorney of record, Michael N. Beede, Esq., of the Law Office of Mike Beede, PLLC, and Defendant, Sunrise Bay Owners' Association (herein after "HOA"), by and through its attorney

of record, Ashlie L. Surur, Esq., of the law firm of Hall, Jaffe & Clayton, LLP, hereby submit the following Stipulation and Order to extend the discovery deadlines.

1. **DISCOVERY COMPLETED TO DATE:**

    1. On September 19, 2017, the Court filed a Scheduling Order [ECF No. 31] setting forth the following discovery deadlines:

        Close of Discovery:           December 18, 2017

        Motion to Amend Deadline:     September 18, 2017

        Initial Expert Disclosure:    October 17, 2017

        Rebuttal Expert Disclosure:   November 16, 2017

        Dispositive Motion Deadline:  January 17, 2018

    2. HSBC served its Rule 26(a) initial Disclosure of Witnesses and Documents July 14, 2017.

    3. HSBC served its First Supplemental Disclosure of Witnesses and Documents October 10, 2017.

    4. HSBC served its Initial Disclosure of Expert Witness on October 13, 2017

    5. IRA served its First Set of Interrogatories to HSBC on November 13, 2017.

    6. IRA served its First Set of Request for Admissions to HSBC on November 13, 2017.

    7. IRA served its First Set of Request for Production of Documents to HSBC on November 13, 2017.

2. **DISCOVERY ANTICIPATED TO BE COMPLETED IN THE FUTURE:**

    a. Depositions of Fact and Percipient Witnesses.

    b. HSBC to respond to remaining outstanding written discovery from IRA;

    c. Sunrise to complete its Initial Expert Disclosures;

    d. Potential Rebuttal Expert Disclosures;

    e. Additional Discovery by the parties.

**3. REASONS WHY DISCOVERY SHOULD BE EXTENDED:**

Counsel for Sunrise had a death in the family and requested additional time to complete Sunrise's Initial Expert disclosures. Further, the Parties wish to continue the discovery set forth above in an effort to further evaluate this matter and explore the possibility of settlement. An extension of the current discovery deadlines is necessary to allow all Parties to participate in and complete discovery. Furthermore, due to strain of the holiday schedule, HSBC needs additional time to complete discovery responses. The parties are requesting a 90 day extension to allow sufficient time to schedule depositions and complete other outstanding discovery that may become necessary, as well as continue to explore settlement.

**4. PROPOSED DISCOVERY EXTENSION:**

**The current discovery deadlines:**

| | |
|---|---|
| Close of Discovery: | December 18, 2017 |
| Motion to Amend Deadline: | September 18, 2017 |
| Initial Expert Disclosure: | October 17, 2017 |
| Rebuttal Expert Disclosure: | November 16, 2017 |
| Dispositive Motion Deadline: | January 17, 2018 |

**Proposed extended discovery deadlines:**

| | |
|---|---|
| Deadline to complete discovery: | **March 17, 2018** |
| Motion to amend pleadings or add parties | September 18, 2017 (unchanged) |
| Initial Expert Disclosures | **January 17, 2017** |

| | |
|---|---|
| Rebuttal Expert Disclosures | **February 17, 2017** |
| Dispositive Motion Deadline | **April 17, 2018** |

**5. CURRENT DISCOVERY:**

The parties also agree that HSBC will have until January 15, 2018 to respond to IRA's discovery requests.

IT IS SO STIPULATED.

DATED this 19th day of December, 2017.   DATED this 19th day of December, 2017.

WRIGHT, FINLAY & ZAK, LLP     THE LAW OFFICE OF MIKE BEEDE, PLLC

/s/ Victoria L. Hightower
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Victoria L. Hightower, Esq.
Nevada Bar No. 10897
*Attorneys for Plaintiff, HSBC Bank USA National Association, as Trustee, in Trust for the Registered Holders of ACE Securities Corp., Home Equity Loan Trust, Series 2006-FM2, Asset Backed Pass-Through Certificates*

/s/ Michael N. Beede
Michael N. Beede, Esq.
Nevada Bar No. 13068
2470 St. Rose Pkwy., Ste. 201
Henderson, NV 89074
*Attorneys for Defendant, Suzannah R. Noonan IRA, LLC*

DATED this 19th day of December, 2017.

HALL, JAFFE & CLAYTON, LLP

/s/ Ashlie L. Surur
Ashlie L. Surur, Esq.
Nevada Bar No. 11290
7425 Peak Drive
Las Vegas, NV 89128
*Attorneys for Defendant, Sunrise Bay Owners' Association*

CASE NO: 2:16-CV-01216-KJD-NJK

**ORDER**

IT IS SO ORDERED.

Dated December 20, 2017 .

_____
United States Magistrate Judge

Respectfully submitted by:

WRIGHT, FINLAY & ZAK, LLP

*/s/ Victoria L. Hightower* _____
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Victoria L. Hightower, Esq.
Nevada Bar No. 10897
*Attorneys for Plaintiff, HSBC Bank USA National Association, as Trustee, in Trust for the Registered Holders of ACE Securities Corp., Home Equity Loan Trust, Series 2006-FM2, Asset Backed Pass-Through Certificates*