WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7978; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorneys for Plaintiff, HSBC Bank USA National Association, as Trustee, in Trust for the Registered Holders of ACE Securities Corp., Home Equity Loan Trust, Series 2006-FM2, Asset Backed Pass-Through Certificates*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF THE ACE SECURITIES CORP., HOME EQUITY LOAN TRUST SERIES 2006-FM2, ASSET BACKED PASS-THROUGH CERTIFICATES<br><br>Plaintiff,<br>vs.<br><br>SUZANNAH R. NOONAN IRA, LLC; SUNRISE BAY OWNER'S ASSOCIATION; NEVADA ASSOCIATION SERVICES INC.<br><br>Defendants. | Case No: 2:16-cv-01216-KJD-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE DISPOSITIVE MOTION DEADLINE** |

COMES NOW, Plaintiff, HSBC Bank USA National Association, as Trustee, in Trust for the Registered Holders of ACE Securities Corp., Home Equity Loan Trust, Series 2006-FM2, Asset Backed Pass-Through Certificates (hereinafter "HSBC"), by and through its attorney of record, Robert A. Riether, Esq., of the law firm of Wright Finlay & Zak LLP; Defendant Sunrise Bay Owners' Association, by and through its attorney of record Ashlie L. Surur, Esq., of the law firm of Hall, Jaffe & Clayton, LLP; and Defendant Suzannah R. Noonan IRA, LLC (collectively the "Parties"), by and through its attorney of record, Michael N. Beede, Esq., of the Law Office of Mike Beede, PLLC and hereby stipulate and agree as follows:

**WHEREAS**, on March 19, 2019, HSBC filed its Motion to Lift Stay [ECF No. 53].

**WHEREAS**, on May 23, 2019, this Court filed its Order on HSBC's Motion to Lift Stay [ECF No. 54], setting the dispositive motion deadline forty-five (45) days from the Order, making the deadline July 8, 2019.

**WHEREAS,** the parties are now in the midst of settlement discussions. The parties are working towards a resolution of the case and wish to devote resources to that end.

**WHEREAS,** based on these discussions, the parties hereby request this Court continue the July 8, 2019 dispositive motion deadline by fourteen (14) days to July 22, 2018.

**IT IS SO STIPULATED AND AGREED.**

DATED this 1st day of July, 2019.   DATED this 1st day of July, 2019.

WRIGHT, FINLAY & ZAK, LLP   HALL, JAFFE & CLAYTON, LLP

*/s/ Robert A. Riether*   */s/ Ashlie L. Surur*
Robert A. Riether, Esq.   Ashlie L. Surur, Esq.
Nevada Bar No. 12076   Nevada Bar No. 11290
*Attorneys for Plaintiff, HSBC Bank USA*   7425 Peak Drive
*National Association, as Trustee, in Trust for*   Las Vegas, NV 89128
*the Registered Holders of ACE Securities*   *Attorneys for Sunrise Bay Owners'*
*Corp., Home Equity Loan Trust, Series 2006-*   *Association*
*FM2, Asset Backed Pass-Through Certificates*

DATED this 1st day of July, 2019.

THE LAW OFFICE OF MIKE BEEDE, PLLC


*/s/ Michael N. Beede*
Michael N. Beede, Esq.
Nevada Bar No. 13068
2470 St. Rose Pkwy., Ste. 307
Henderson, NV 89074
*Attorneys for Suzannah R. Noonan IRA, LLC*

CASE NO: 2:16-CV-01216-KJD-NJK

**ORDER**

**IT IS SO ORDERED.**

DATED: July 2, 2019

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted by:

DATED this 1st day of July, 2019.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Robert A. Riether*
Robert A. Riether, Esq.
Nevada Bar No. 12076
*Attorneys for Plaintiff, HSBC Bank USA National Association, as Trustee, in Trust for the Registered Holders of ACE Securities Corp., Home Equity Loan Trust, Series 2006-FM2, Asset Backed Pass-Through Certificates*