WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7978; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorneys for Plaintiff, HSBC Bank USA National Association, as Trustee, in Trust for the Registered Holders of ACE Securities Corp., Home Equity Loan Trust, Series 2006-FM2, Asset Backed Pass-Through Certificates*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF THE ACE SECURITIES CORP., HOME EQUITY LOAN TRUST SERIES 2006-FM2, ASSET BACKED PASS-THROUGH CERTIFICATES<br><br>Plaintiff,<br>vs.<br><br>SUZANNAH R. NOONAN IRA, LLC; SUNRISE BAY OWNER'S ASSOCIATION; NEVADA ASSOCIATION SERVICES INC.<br><br>Defendants. | Case No: 2:16-cv-01216-KJD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND REPLY DEADLINES** |

COMES NOW, Plaintiff, HSBC Bank USA National Association, as Trustee, in Trust for the Registered Holders of ACE Securities Corp., Home Equity Loan Trust, Series 2006-FM2, Asset Backed Pass-Through Certificates (hereinafter "HSBC"), by and through its attorney of record, Robert A. Riether, Esq., of the law firm of Wright Finlay & Zak LLP, and Defendant Suzannah R. Noonan IRA, LLC (hereinafter "Noonan") (collectively the "Parties"), by and through its attorney of record, Michael N. Beede, Esq., of the Law Office of Mike Beede, PLLC and hereby stipulate and agree as follows:

1. This matter concerns title to real property commonly known as 2110 N. Los Feliz St., #1083, Las Vegas, NV 89156 (the "Property").

2. On July 22, 2019, HSBC filed its Renewed Motion for Summary Judgment [ECF 57].

3. On July 22, 2019, Noonan filed its Renewed Motion for Summary Judgment [ECF 59].

4. On August 12, 2019, HSBC filed its Opposition to Noonan's Renewed Motion for Summary Judgment [ECF 60].

5. On August 12, 2019, Noonan filed its Response to HSBC's Renewed Motion for Summary Judgment [ECF 61].

6. Each party's Reply in Support of its respective Renewed Motion for Summary Judgment is currently due by August 26, 2019.

7. The Parties are requesting a brief eleven (11) day extension to file their respective Replies in Support of their Renewed Motions for Summary Judgment, and thus requests an extension to September 6, 2019.

8. This extension is requested to allow Counsel for each party to accommodate summer schedules as well as the upcoming holiday.

This is the parties' **first request** for extension and this is not intended to cause any delay or prejudice to any party.

| | |
|---|---|
| DATED this 22nd day of August, 2019. | DATED this 22nd day of August, 2019. |
| WRIGHT, FINLAY & ZAK, LLP | THE LAW OFFICE OF MIKE BEEDE, PLLC |
| */s/ Robert A. Riether* <br> Robert A. Riether, Esq. <br> Nevada Bar No. 12076 <br> *Attorneys for Plaintiff, HSBC Bank USA National Association, as Trustee, in Trust for the Registered Holders of ACE Securities Corp., Home Equity Loan Trust, Series 2006-FM2, Asset Backed Pass-Through Certificates* | */s/ Michael Beede* <br> Michael N. Beede, Esq. <br> Nevada Bar No. 13068 <br> 2470 St. Rose Pkwy., Ste. 307 <br> Henderson, NV 89074 <br> *Attorneys for Suzannah R. Noonan IRA, LLC* |

CASE NO: 2:16-CV-01216-KJD-NJK

**ORDER**

**IT IS SO ORDERED.**

DATED: 8/23/2019

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted by:

WRIGHT, FINLAY & ZAK, LLP

/s/ Robert A. Riether
Robert A. Riether, Esq.
Nevada Bar No. 12076
*Attorneys for Plaintiff, HSBC Bank USA National Association, as Trustee, in Trust for the Registered Holders of ACE Securities Corp., Home Equity Loan Trust, Series 2006-FM2, Asset Backed Pass-Through Certificates*