| | |
|---|---|
| MICHAEL BEEDE, ESQ.<br>Nevada Bar No. 13068<br>JAMES W. FOX, ESQ.<br>Nevada Bar No. 13122<br>**THE LAW OFFICE OF MIKE BEEDE, PLLC**<br>2470 St. Rose Pkwy, Suite 307<br>Henderson, NV 89074<br>T: 702-473-8406<br>F: 702-832-0248<br>eservice@LegalLV.com<br>*Attorney for Defendant, Suzannah R. Noonan IRA LLC* | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF THE ACE SECURITIES CORP., HOME EQUITY LOAN TRUST SERIES 2006-FM2, ASSET BACKED PASS-THROUGH CERTIFICATES<br><br>Plaintiff,<br>vs.<br><br>SUZANNAH R. NOONAN IRA, LLC; SUNRISE BAY OWNER'S ASSOCIATION; NEVADA ASSOCIATION SERVICES INC.<br><br>Defendants. | Case No.: 2:16-cv-01216-KJD-NJK<br><br>**STIPULATION AND (PROPOSED) ORDER TO EXTEND DEADLINE FOR SUZANNAH R. NOONAN IRA, LLC TO FILE ITS RESPONSE TO HSBC BANK'S MOTION FOR ATTORNEY'S FEES [ECF NO. 69]**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED between Plaintiff, HSBC Bank USA National Association, as Trustee, in Trust for the Registered Holders of ACE Securities Corp., Home Equity Loan Trust, Series 2006-FM2, Asset Backed Pass-Through Certificates (hereinafter "HSBC Bank"), by and through its attorneys of record, Robert A. Riether, Esq. of the law firm Wright, Finlay & Zak, LLP; and Defendant Suzannah R. Noonan IRA LLC ("Noonan"), by and through its attorney of record, Michael Beede, Esq. of The Law Office of Michael Beede, PLLC, in order to allow the parties to further evaluate their respective positions, the parties agree to extend the deadline for Noonan to file its response to HSBC Bank's Motion for Attorney's Fees (ECF No. 69) from November 7, 2019 to November 14, 2019.

///

This is the parties' second request for an extension and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

DATED this 6th day of November, 2019.

WRIGHT, FINLAY & ZAK, LLP

/s/ Robert A. Riether, Esq.
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff, HSBC Bank USA National Association, as Trustee, in Trust for the Registered Holders of ACE Securities Corp., Home Equity Loan Trust, Series 2006-FM2, Asset Backed Pass-Through Certificates*

DATED this 6th day of November, 2019.

THE LAW OFFICE OF MIKE BEEDE, PLLC

/s/ Michael Beede, Esq.
Michael Beede, Esq.
Nevada Bar No. 13068
2470 St. Rose Pkwy, Suite 307
Henderson, NV 89074
*Attorney for Defendant, Suzannah R. Noonan IRA LLC*

**ORDER**

IT IS SO ORDERED.

Dated this 7th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE