MICHAEL BEEDE, ESQ.
Nevada Bar No. 13068
JAMES W. FOX, ESQ.
Nevada Bar No. 13122
**THE LAW OFFICE OF MIKE BEEDE, PLLC**
2470 St. Rose Pkwy, Suite 307
Henderson, NV 89074
T: 702-473-8406
F: 702-832-0248
eservice@LegalLV.com
*Attorney for Defendant, Suzannah R. Noonan IRA LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF THE ACE SECURITIES CORP., HOME EQUITY LOAN TRUST SERIES 2006-FM2, ASSET BACKED PASS-THROUGH CERTIFICATES<br><br>Plaintiff,<br>vs.<br><br>SUZANNAH R. NOONAN IRA, LLC; SUNRISE BAY OWNER'S ASSOCIATION; NEVADA ASSOCIATION SERVICES INC.<br><br>Defendants. | Case No.: 2:16-cv-01216-KJD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR SUZANNAH R. NOONAN IRA, LLC TO FILE ITS RESPONSE TO HSBC BANK'S MOTION FOR ATTORNEY'S FEES**<br><br>**(THIRD REQUEST)** |

IT IS HEREBY STIPULATED between Plaintiff, HSBC Bank USA National Association, as Trustee, in Trust for the Registered Holders of ACE Securities Corp., Home Equity Loan Trust, Series 2006-FM2, Asset Backed Pass-Through Certificates (hereinafter "HSBC Bank"), by and through its attorneys of record, Robert A. Riether, Esq. of the law firm Wright, Finlay & Zak, LLP; and Defendant Suzannah R. Noonan IRA LLC ("Noonan"), by and through its attorney of record, Michael Beede, Esq. of The Law Office of Michael Beede, PLLC, in order to allow the parties to further evaluate their respective positions, the parties agree to extend the deadline for Noonan to file its response to HSBC Bank's Motion for Attorney's Fees from November 14, 2019 to November 18, 2019. Counsel for SUZANNAH R. NOONAN IRA, LLC argued another matter before the 9th Circuit Court of Appeals on

November 13, 2019 (Case No. 17-16404) and Counsel for Plaintiff has agreed to the extension as a professional courtesy to allow for Noonan's counsel to handle several other pressing matters which arose during his travel.

This is the parties' third request for an extension and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

| DATED this 14th day of November, 2019. | DATED this 14th day of November, 2019. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | THE LAW OFFICE OF MIKE BEEDE, PLLC |
| */s/ Robert A. Riether, Esq* <br> Robert A. Riether, Esq. <br> Nevada Bar No. 12076 <br> 7785 W. Sahara Ave, Suite 200 <br> Las Vegas, NV 89117 <br> *Attorney for Plaintiff, HSBC Bank USA National Association, as Trustee, in Trust for the Registered Holders of ACE Securities Corp., Home Equity Loan Trust, Series 2006-FM2, Asset Backed Pass-Through Certificates* | */s/ Michael Beede, Esq.* <br> Michael Beede, Esq. <br> Nevada Bar No. 13068 <br> 2470 St. Rose Pkwy, Suite 307 <br> Henderson, NV 89074 <br> *Attorney for Defendant, Suzannah R. Noonan IRA LLC* |

## **ORDER**

IT IS SO ORDERED.

Dated this <u>21st</u> day of <u>November</u>, 2019.

_____
UNITED STATES DISTRICT JUDGE