WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7978; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorney for Plaintiff, HSBC Bank USA National Association, as Trustee, in Trust for the Registered Holders of ACE Securities Corp., Home Equity Loan Trust, Series 2006-FM2, Asset Backed Pass-Through Certificates*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF THE ACE SECURITIES CORP., HOME EQUITY LOAN TRUST SERIES 2006-FM2, ASSET BACKED PASS-THROUGH CERTIFICATES<br><br>Plaintiff,<br>vs.<br><br>SUZANNAH R. NOONAN IRA, LLC; SUNRISE BAY OWNER'S ASSOCIATION; NEVADA ASSOCIATION SERVICES INC.<br><br>Defendants. | Case No.: 2:16-cv-01216-KJD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR HSBC BANK TO FILE ITS REPLY IN SUPPORT OF ITS MOTION FOR ATTORNEY'S FEES**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED between Plaintiff, HSBC Bank USA National Association, as Trustee, in Trust for the Registered Holders of ACE Securities Corp., Home Equity Loan Trust, Series 2006-FM2, Asset Backed Pass-Through Certificates (hereinafter "HSBC Bank"), by and through its attorneys of record, Robert A. Riether, Esq. of the law firm Wright, Finlay & Zak, LLP; and Defendant Suzannah R. Noonan IRA LLC ("Noonan"), by and through its attorney of record, Michael Beede, Esq., of The Law Office of Michael Beede, PLLC,, the parties agree to extend the deadline for HSBC Bank to file its Reply in Support of its Motion for Attorney's Fees from November 25, 2019 to December 13, 2019. This stipulation is due to the upcoming thanksgiving holiday and related vacation schedules on the part of HSBC Bank counsel.

///

This is HSBC Bank's first request for an extension and is not intended to cause any delay or prejudice to any party.

**IT IS SO STIPULATED.**

DATED this 20th day of November, 2019.    DATED this 20th day of November, 2019.

WRIGHT, FINLAY & ZAK, LLP    THE LAW OFFICE OF MIKE BEEDE, PLLC

*/s/ Robert A. Riether, Esq.*    */s/ Michael Beede*
Robert A. Riether, Esq.    Michael Beede, Esq.
Nevada Bar No. 12076    Nevada Bar No. 13068
7785 W. Sahara Ave, Suite 200    2470 St. Rose Pkwy, Suite 307
Las Vegas, NV 89117    Henderson, NV 89074
*Attorney for Plaintiff, HSBC Bank USA*    *Attorney for Defendant, Suzannah R. Noonan*
*National Association, as Trustee, in Trust for*    *IRA LLC*
*the Registered Holders of ACE Securities*
*Corp., Home Equity Loan Trust, Series 2006-*
*FM2, Asset Backed Pass-Through Certificates*

<u>**ORDER**</u>

IT IS SO ORDERED.

Dated this \_1st\_ day of \_\_APRIL\_\_, 2020.
(NUNC PRO TUNC)

_____
UNITED STATES DISTRICT JUDGE