1  MICHAEL C. VAN, ESQ.
   Nevada Bar No. 3876
2  GARRETT R. CHASE, ESQ.
   Nevada Bar No. 14498
3  **SHUMWAY VAN**
4  8985 South Eastern Avenue, Suite 100
   Las Vegas, Nevada 89123
5  Telephone: (702) 478-7770
   Facsimile: (702) 478-7779
6  Email: garrett@shumwayvan.com
7  *Attorneys for Suzannah R. Noonan IRA, LLC*

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

10  | HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF THE ACE SECURITIES CORP., HOME EQUITY LOAN TRUST SERIES 2006-FM2, ASSET BACKED PASS-THROUGH CERTIFICATES, | Case No.: 2:16-cv-01216-KJD-NJK |
    | --- | --- |
    | Plaintiff, | **SUBSTITUTION OF SUZANNAH R. NOONAN IRA, LLC'S COUNSEL** |
    | v. | |
    | SUZANNAH R. NOONAN IRA, LLC; SUNRISE BAY OWNER'S ASSOCIATION; NEVADA ASSOCIATION SERVICES INC. | |
    | Defendants. | |

20  …
21  …
22  …
23  …
24  …
25  …
26  …
27  …
28  …

Page 1 of 3

SHUMWAY•VAN
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
Telephone: (702) 478-7770 Facsimile: (702) 478-7779

**SUBSTITUTION OF SUZANNAH R. NOONAN IRA, LLC'S COUNSEL**

The undersigned Defendant hereby substitutes SHUMWAY VAN in the place and stead of the Law Firm of Michael Beede as attorney of record for Suzannah R. Noonan, IRA, LLC ("Noonan") in the above-entitled action. Attached and incorporated herein are the signatures of Noonan and of counsel approving the Substitution of Counsel.

All parties are in agreement that law firm of SHUMWAY VAN hereby be substituted as attorney for Noonan in the above-entitled action in the place and stead of the Law Office of Michael Beede.

DATED this 17th day of September 2020.

**SHUMWAY VAN**

By: /s/ *Garrett R. Chase*_____
 MICHAEL C. VAN, ESQ.
 Nevada Bar No. 3876
 GARRETT R. CHASE, ESQ.
 Nevada Bar No. 14498
 8985 South Eastern Avenue
 Suite #100
 Las Vegas, Nevada 89123
 *Attorney for Defendant*, *Suzannah R. Noonan IRA, LLC*

DATED this 23__ day of September 2020.

**SUZANNAH R. NOONAN IRA, LLC**

By: *Suzannah R Noonan*_____
 SUZANNAH R. NOONAN

DATED this 17th day of September 2020.

**LAW OFFICE OF MICHAEL BEEDE**

By: _/s/ *Michael N. Beede*_____
 MICHAEL N. BEEDE. ESQ.
 Nevada Bar No. 13068
 2470 St. Rose Parkway, Suite # 307
 Henderson, Nevada 89074

IT IS SO ORDERED.
Dated:  October 1, 2020
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

SHUMWAY•VAN
8985 South Eastern Avenue, Suite 100
Las Vegas, Nevada 89123
Telephone: (702) 478-7770 Facsimile: (702) 478-7779

Doc ID: cda84ba5c50a4f89baf3305d3cc7bdd2fd3afb5a