MICHAEL N. BEEDE, ESQ.
Nevada Bar No. 13068
**THE LAW OFFICE OF MIKE BEEDE, PLLC**
P.O. Box 530337
Henderson, NV 89053
T: 702-473-8406
F: 702-832-0248
eservice@LegalLV.com
*Attorney for Defendant, Suzannah R. Noonan IRA LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF THE ACE SECURITIES CORP., HOME EQUITY LOAN TRUST SERIES 2006-FM2, ASSET BACKED PASS-THROUGH CERTIFICATES<br><br>Plaintiff,<br>vs.<br><br>SUZANNAH R. NOONAN IRA, LLC; SUNRISE BAY OWNER'S ASSOCIATION; NEVADA ASSOCIATION SERVICES INC.<br><br>Defendants. | Case No.: 2:16-cv-01216-KJD-NJK<br><br>**STIPULATION AND (PROPOSED) ORDER TO EXTEND DEADLINE FOR SUZANNAH R. NOONAN IRA, LLC TO FILE ITS RESPONSE TO HSBC BANK'S SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT POST-REMAND [ECF NO. 112]**<br><br>**(FIRST REQUEST)** |

Plaintiff, HSBC Bank USA National Association, as Trustee, in Trust for the Registered Holders of ACE Securities Corp., Home Equity Loan Trust, Series 2006-FM2, Asset Backed Pass-Through Certificates (hereinafter "HSBC Bank"), by and through its attorneys of record, Robert A. Riether, Esq. of the law firm Wright, Finlay & Zak, LLP; and Defendant Suzannah R. Noonan IRA LLC ("Noonan"), by and through its attorney of record, Michael N. Beede, Esq. of the Law Office of Mike Beede, PLLC hereby stipulate as follows:

The parties agree to extend the deadline for Noonan to file its response to HSBC Bank's Supplemental Motion for Summary Judgment Post-Remand (ECF No. 112) from July 30, 2021 to August 6, 2021.

///

This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

DATED this 13th day of July, 2021.                         DATED this 13th day of July, 2021.

WRIGHT, FINLAY & ZAK, LLP                                  THE LAW OFFICE OF MIKE BEEDE, PLLC

*/s/ Robert A. Riether*                                    */s/ Michael Beede*
Robert A. Riether, Esq.                                    Michael N. Beede, Esq.
Nevada Bar No. 12076                                       Nevada Bar No. 13068
7785 W. Sahara Ave, Suite 200                              P.O. Box 530337
Las Vegas, NV 89117                                        Henderson, NV 89053
*Attorney for Plaintiff, HSBC Bank USA*                    *Attorney for Defendant, Suzannah R. Noonan*
*National Association, as Trustee, in Trust for*           *IRA LLC*
*the Registered Holders of ACE Securities*
*Corp., Home Equity Loan Trust, Series 2006-*
*FM2, Asset Backed Pass-Through*
*Certificates*

### ORDER

IT IS SO ORDERED.

Dated this 15th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE