MICHAEL N. BEEDE, ESQ.
Nevada Bar No. 13068
**THE LAW OFFICE OF MIKE BEEDE, PLLC**
P.O. Box 530337
Henderson, NV 89053
T: 702-473-8406
F: 702-832-0248
eservice@LegalLV.com
*Attorney for Defendant, Suzannah R. Noonan IRA LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF THE ACE SECURITIES CORP., HOME EQUITY LOAN TRUST SERIES 2006-FM2, ASSET BACKED PASS-THROUGH CERTIFICATES<br><br>Plaintiff,<br>vs.<br><br>SUZANNAH R. NOONAN IRA, LLC; SUNRISE BAY OWNER'S ASSOCIATION; NEVADA ASSOCIATION SERVICES INC.<br><br>Defendants. | Case No.: 2:16-cv-01216-KJD-NJK<br><br>**STIPULATION AND (PROPOSED) ORDER TO EXTEND DEADLINE FOR SUZANNAH R. NOONAN IRA, LLC TO FILE ITS RESPONSE TO HSBC BANK'S SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT POST-REMAND [ECF NO. 112]**<br><br>**(SECOND REQUEST)** |

Plaintiff, HSBC Bank USA National Association, as Trustee, in Trust for the Registered Holders of ACE Securities Corp., Home Equity Loan Trust, Series 2006-FM2, Asset Backed Pass-Through Certificates (hereinafter "HSBC Bank"), by and through its attorneys of record, Robert A. Riether, Esq. of the law firm Wright, Finlay & Zak, LLP; and Defendant Suzannah R. Noonan IRA LLC ("Noonan"), by and through its attorney of record, Michael N. Beede, Esq. of the Law Office of Mike Beede, PLLC hereby stipulate as follows:

The parties previously stipulated (ECF No. 113) to extend the deadline for Noonan to file its response to HSBC Bank's Supplemental Motion for Summary Judgment Post-Remand (ECF No. 112) from July 30, 2021 to August 6, 2021.   The Court entered an order (ECF No. 114) consistent with the parties' stipulation on July 15, 2021.

The parties agree to further extend the deadline for Noonan to file its response to HSBC Bank's Supplemental Motion for Summary Judgment Post-Remand (ECF No. 112) from August 6, 2021 to August 20, 2021.

This is the parties' second request for an extension and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 5th day of August, 2021. | DATED this 5th day of August, 2021. |
| WRIGHT, FINLAY & ZAK, LLP | THE LAW OFFICE OF MIKE BEEDE, PLLC |
| /s/ Robert A. Riether | /s/ Michael Beede |
| Robert A. Riether, Esq.<br>Nevada Bar No. 12076<br>7785 W. Sahara Ave, Suite 200<br>Las Vegas, NV 89117<br>*Attorney for Plaintiff, HSBC Bank USA National Association, as Trustee, in Trust for the Registered Holders of ACE Securities Corp., Home Equity Loan Trust, Series 2006-FM2, Asset Backed Pass-Through Certificates* | Michael N. Beede, Esq.<br>Nevada Bar No. 13068<br>P.O. Box 530337<br>Henderson, NV 89053<br>*Attorney for Defendant, Suzannah R. Noonan IRA LLC* |

## **ORDER**

IT IS SO ORDERED.

Dated this  10th  day of  August   , 2021.

_____
UNITED STATES DISTRICT JUDGE