WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7978; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorney for Plaintiff, HSBC Bank USA National Association, as Trustee, in Trust for the Registered Holders of ACE Securities Corp., Home Equity Loan Trust, Series 2006-FM2, Asset Backed Pass-Through Certificates*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR THE REGISTERED HOLDERS OF THE ACE SECURITIES CORP., HOME EQUITY LOAN TRUST SERIES 2006-FM2, ASSET BACKED PASS-THROUGH CERTIFICATES<br><br>Plaintiff,<br>vs.<br><br>SUZANNAH R. NOONAN IRA, LLC; SUNRISE BAY OWNER'S ASSOCIATION; NEVADA ASSOCIATION SERVICES INC.<br><br>Defendants. | Case No.: 2:16-cv-01216-KJD-NJK<br><br>~~STIPULATION AND~~ ORDER TO EXTEND DEADLINE FOR HSBC BANK TO FILE ITS REPLY IN SUPPORT OF ITS SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT POST-REMAND<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED between Plaintiff, HSBC Bank USA National Association, as Trustee, in Trust for the Registered Holders of ACE Securities Corp., Home Equity Loan Trust, Series 2006-FM2, Asset Backed Pass-Through Certificates (hereinafter "HSBC Bank"), by and through its attorneys of record, Robert A. Riether, Esq. of the law firm Wright, Finlay & Zak, LLP; and Defendant Suzannah R. Noonan IRA LLC ("Noonan"), by and through its attorney of record, Michael Beede, Esq., of The Law Office of Michael Beede, PLLC, the parties agree to extend the deadline for HSBC Bank to file its Reply in Support of its Supplemental Motion for Summary Judgment Post-Remand, from September 3, 2021, to September 24, 2021.  This stipulation is due to the upcoming Labor Day holiday and related vacation schedules on the part of HSBC Bank counsel.

///

This is HSBC Bank's first request for an extension and is not intended to cause any delay or prejudice to any party.

**IT IS SO STIPULATED.**

DATED this 30th day of August, 2021.                    DATED this 30th day of August, 2021.

WRIGHT, FINLAY & ZAK, LLP                              THE LAW OFFICE OF MIKE BEEDE, PLLC

*/s/ Robert A. Riether*                                         */s/ Michael Beede*
Robert A. Riether, Esq.                                         Michael Beede, Esq.
Nevada Bar No. 12076                                          Nevada Bar No. 13068
7785 W. Sahara Ave, Suite 200                              2470 St. Rose Pkwy, Suite 307
Las Vegas, NV 89117                                            Henderson, NV 89074
*Attorney for Plaintiff, HSBC Bank USA*                 *Attorney for Defendant, Suzannah R. Noonan*
*National Association, as Trustee, in Trust for*        *IRA LLC*
*the Registered Holders of ACE Securities*
*Corp., Home Equity Loan Trust, Series 2006-*
*FM2, Asset Backed Pass-Through Certificates*

<u>**ORDER**</u>

IT IS SO ORDERED.

Dated this <u>1st</u> day of September 2021.

_____
UNITED STATES DISTRICT JUDGE